| | | | | |
|---|---|---|---|---|
| Hacker v. Sedgwick County | 107,214 | Denied | 10/01/13 | 48 Kan. App. 2d 164 |
| Harman v. State | 108,478 | Denied | 11/22/13 | Unpublished |
| Hartman v. State | 108,424 | Denied | 11/22/13 | Unpublished |
| Heitman v. State | 108,216 | Denied | 10/30/13 | Unpublished |
| Holmes v. State | 107,919 | Denied | 02/18/14 | Unpublished |
| Hubbard v. Mellion | 108,461 | Denied | 12/27/13 | 48 Kan. App. 2d 1005 |
| Huggins v. Haysville Healthcare Center | 107,407 | Denied | 12/27/13 | Unpublished |
| Hunt v. State | 107,662 | Denied | 12/27/13 | 48 Kan. App. 2d 1023 |
| In re A.C. | 108,881 | Denied | 10/28/13 | Unpublished |
| In re A.E.S. | 108,584 | Denied | 10/28/13 | Unpublished |
| In re A.M.M.-H. | 109,355 | Granted | 02/18/14 | 49 Kan. App. 2d 647 |
| In re A.P. | 109,341 | Denied | 10/30/13 | Unpublished |
| In re Adoption of A.M.M. | 109,247 | Denied | 02/18/14 | Unpublished |
| In re Adoption of J.T.C. | 109,525 109,526 | Denied | 02/18/14 | Unpublished |
| In re Adoption of R.L.J. | 109,257 | Denied | 02/18/14 | Unpublished |
| In re Care & Treatment of Harris | 109,568 | Denied | 02/12/14 | Unpublished |
| In re Care & Treatment of Patterson | 107,232 | Denied | 01/29/14 | Unpublished |
| In re H.C. | 109,360 | Denied | 10/30/13 | Unpublished |
| In re L.L. | 109,555 | Denied | 02/12/14 | Unpublished |
| In re Marriage of Taber | 105,922 | Denied | 10/07/13 | 47 Kan. App. 2d 841 |
| In re Marriage of Traster | 106,092 | Granted | 10/01/13 | 48 Kan. App. 2d 356 |
| In re Marriage of Williams | 104,925 | Denied | 10/07/13 | Unpublished |
| In re N.A.C. | 109,208 | Granted | 01/30/14 | 49 Kan. App. 2d 699 |
| In re Q.H. | 108,608 | Denied | 10/07/13 | Unpublished |
| In re S.L.P. | 108,980 | Denied | 10/28/13 | Unpublished |
| In re Tax Appeal of Wedge Log-Tech | 108,119 | Denied | 10/17/13 | 48 Kan. App. 2d 804 |
| In re Tax Exemption Application of TransCanada Keystone Pipeline | 108,116 | Denied | 10/28/13 | 48 Kan. App. 2d 838 |
| In re W.S.E. | 108,976 | Denied | 10/30/13 | Unpublished |
| In re X.O. | 108,359 | Denied | 10/07/13 | Unpublished |
| Johns v. Roberts | 108,761 | Denied | 11/22/13 | Unpublished |
| Jones v. National Warranty Services, Inc. | 108,613 108,982 | Denied | 12/27/13 | Unpublished |